UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL FIJAR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　Respondent. | NO. CV 16-2540-GW(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 14, 2017 ~~2016.~~

　　　　　　　　　　　　　　　　／s／ George H. Wu
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE